429 A.2d 67

West Chester Area Joint Refuse Disposal v. Green et al.

Appeal of Denney–Reyburn Co.

Reargument Denied Jan. 13, 1981.

Argued December 6, 1979.   Ronald M. Agulnick, for appellant; Thomas P. Fay, for appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

The order of the lower court is hereby affirmed.

429 A.2d 67

W. W. Williams Co. etc. v. John Carlo, Inc. et al., Appellants.

Argued November 15, 1979.   Howard T. Gilfillan, for appellants;  C. James Zeszutek, for appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.